UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **24-2834**


Ajaj v. United States of America
(M.D. Pa. No. 3-22-cv-01455)


**ORDER**


Appellants seek review of the District Court order entered July 31, 2024.  The order on appeal may not be final within the meaning of 28 U.S.C. § 1291 and may not otherwise be appealable at this time.  Compare Mitchell v. Forsyth, 472 U.S. 511, 530 (1985), with Johnson v. Jones, 515 U.S. 304, 319-20 (1995), and Monteiro v. City of Elizabeth, 436 F.3d 397, 405 (3d Cir. 2006); see also Barton v. Curtis, 497 F.3d 331, 336 (3d Cir. 2007); Doe v. Groody, 361 F.3d 232, 237-38 (3d Cir. 2004); In re Montgomery County, 215 F.3d 367, 373-74 (3d Cir. 2000).  All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: October 4, 2024
PDB/cc: Ahmad Ajaj
        All Counsel of Record